OPINION — AG — A TAG AGENT OR MOTOR LICENSE AGENT IN A COUNTY HAVING A POPULATION BETWEEN 200,000 AND 300,000 SHOULD BE CONSIDERED AS AN EMPLOYEE OF THE STATE OF OKLAHOMA, AND AS NOT BEING COMPENSATED " ON A FEE BASIS " FOR THE PURPOSE OF OLD AGE AND SURVIVOR'S INSURANCE. CITE: 47 O.S.H. 22.22, 47 O.S.H. 317, 51 O.S.H. 124, 51 O.S.H. 125 (DEFINITION, EMPLOYEE, OFFICIAL PUBLIC), 47 O.S.H. 312 (J. H. JOHNSON)